ST. ELIZABETH MEDICAL CENTER, APPELLANT, *v.*
KIRKLAND ET AL., APPELLEES.

[Cite as St. Elizabeth Medical Ctr. *v.* Kirkland (1990), 49 Ohio St. 3d 17.]

(No. 89-1981—Submitted January 10, 1990—Decided January 31, 1990.)

*J. Timothy Cline, Jr.,* for appellant.

*Donald G. Luce,* for appellees.

The motion to certify is allowed. The judgment of the court of appeals is reversed and this cause is remanded on authority of *Ohio State Univ. Hosp. v. Kinkaid* (1990), 48 Ohio St. 3d 78, 549 N.E. 2d 517.

SWEENEY, HOLMES, DOUGLAS, WRIGHT and RESNICK, JJ., concur.

MOYER, C.J., and H. BROWN, J., dissent.